**Miguel TORRES S.A., Appellant,**

v.

**BRONCO WINE COMPANY (rights formerly owned by Advantage Wine Group), Appellee.**

No. 00–1476.

United States Court of Appeals, Federal Circuit.

April 6, 2001.

Before CLEVENGER and LINN, Circuit Judges, FRIEDMAN, Senior Circuit Judge.

*ORDER*

PER CURIAM.

The decision of the Trademark Trial and Appeal Board dismissing the opposition to registration of DONA SOL as a trademark for wine is affirmed on the basis of the opinions of the Board.

By order of the court.

**UNIDEN AMERICA CORPORATION and Uniden Financial Incorporated, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant– Appellant.**

No. 01–1167.

United States Court of Appeals, Federal Circuit.

April 6, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).